294

MEMORANDUM OPINION

Vacated. Remanded.

■

389 P.3d 131

**STATE of Hawai'i, Plaintiff-Appellant,**

**v.**

**Isaac Jerome GAUB, Defendant-Appellee**

**NO. CAAP-15-0000547**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 18, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT (CR. NO. 15-1-097K)

MEMORANDUM OPINION

Affirmed.

■

389 P.3d 131

**STATE of Hawai'i, Plaintiff-Appellant,**

**v.**

**Junita KUAHIWINUI-BECK, Defendant-Appellee**

**NO. CAAP-15-0000683**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 18, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT (CASE NO. 5DTA-15-00007)

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 131

**Tiffany Lei PAREL, Appellant-Appellant,**

**v.**

**DEPARTMENT OF HUMAN SERVICES, State of Hawai'i, Appellee-Appellee**

**NO. CAAP-13-0005494**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 19, 2017.

APPEAL FROM THE CIRCUIT COURT OF THIRD CIRCUIT (CIVIL NO. 12-1-0644 (GKN))

MEMORANDUM OPINION

Affirmed.

■

389 P.3d 131

**David BROWN, Plaintiff-Appellant,**

**v.**

**STATE of Hawai'i and Melanie Chinen, Defendants-Appellees,**

**and**

**Bob Awana and Ashley Chinen, and DOES 1-25, Defendants**

**NO. CAAP-14-0000701**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 19, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 08-1-1193)

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

June T. AOYAGI, Plaintiff-Appellant,

v.

Estate of Cindy Hatsue AOYAGI, Glenn Yoshio Ota, Janis Yukie Ota, John Does 1-5, Jane Does 1-5, Doe Corporations 1-5, Doe Partnerships 1-5, Doe Non-Profit Organizations 1-5 And Doe Governmental Agencies 1-5, Defendants-Appellees

NO. CAAP-14-0000143

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

(CIVIL NO. 10-1-2560-11 (JHC))

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

STATE of Hawaiʻi, Plaintiff-Appellee,

v.

Lee MAGNO, Defendant-Appellant

NO. CAAP-15-0000483

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT

(CR. NO. 14-1-0735(3))

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

Thomas GRANDE, Appellant-Appellee,

v.

Henry ENG, Director, City and County of Honolulu Department of Permitting and Planning; City and County of Honolulu, Department of Permitting and Planning, Appellees-Appellees,

and

Miguel Ramirez and Valerie Ramirez; State of Hawaiʻi Department of Land and Natural Resources, Appellees-Appellants,

and

John Does 1-10, Jane Does 1-10, Doe Corporations 1-10, Doe Partnerships 1-10, and Doe Governmental Entities 1-10, Appellees

NO. CAAP-13-0000097

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 20, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

(CIVIL NO. 08-1-1604-08 (KKS))